1  Peter A. Liebow, Esq. (SBN 116696)
   Edward A. Kraus, Esq. (SBN 162043)
2  CREECH, LIEBOW & KRAUS
   333 West San Carlos Street, Suite 1600
3  San Jose, CA 95110
   (408) 993-9911
4  Fax (408) 993-1335

5  Attorneys for Defendant,
   JAN PRESSER

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 CYNTHIA HOPSON,                    ) Case No.: 2:13-CV-01566-TLN-AC
                                      )
11          Plaintiff,                ) **STIPULATION FOR EXTENSION OF**
                                      ) **TIME TO FILE RESPONSIVE**
12     vs.                            ) **PLEADING AND CROSS-CLAIMS;**
                                      ) **ORDER THEREON**
13 PARDIP DHILLON, JAN PRESSER, and   )
   DOES 1-10, inclusive,              )
14                                    )
                                      )
15          Defendants.               )
   _____   )

16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    Defendant JAN PRESSER (hereinafter "Defendant") and Plaintiff CYNTHIA HOPSON

2 have herein agreed that the time for Defendant to file her responsive pleading and any cross-

3 claims in the above-captioned matter is extended to September 20, 2013.

4    Defendant and her defense counsel have not had sufficient time to adequately review the

5 factual basis of the claims alleged herein.  An extension of time will allow Defendant to fully

6 prepare an appropriate responsive pleading.

7 DATED: August 26, 2013                    CREECH, LIEBOW & KRAUS

8

9                                          By: _____ /s/  Edward A. Kraus _____

10                                             EDWARD A. KRAUS
                                               Attorneys for Defendant,
11                                             JAN PRESSER

12 DATED: August 26, 2013                   HUMPHREY LAW GROUP

13

14                                         By: _____ /s/  Russell S. Humphrey _____

15                                             RUSSELL S. HUMPHREY
                                               Attorneys for Plaintiff,
16                                             CYNTHIA HOPSON

17                                    **ORDER**

18    Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED

19 that Defendant JAN PRESSER's deadline to file a responsive pleading shall be extended to

20 September 20, 2013.

21

22 Dated: August 26, 2013

23

24

25 _____

26                                              Troy L. Nunley
                                               United States District Judge

27

28